# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVON LYONS,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No.: 2:19-cv-00966-APG-NJK

**ORDER**

    Petitioner Davon Lyons moves for leave to file a second amended petition following an adequate opportunity for investigation.. ECF No. 8. Lyons filed a counseled first amended petition on the first day of the provisional representation to preserve all known claims by one possible expiration date of the federal limitation period. As also noted in the initial provisional appointment order, I have authorized such a "two-step" procedure in prior cases where time potentially remains in the federal limitation period at the time of the appointment but that period may expire prior to a full opportunity for investigation by counsel. *See, e.g.*, *McMahon v. Neven*, No. 2:14-cv-00076-APG-CWH, ECF No. 29 (D. Nev., May 29, 2014) (approving and explaining the rationale in allowing a bifurcated amendment procedure).

    Such a two-step procedure is warranted here. I noted in my prior order the potential uncertainty as to the base calculation of the federal limitation period in this action. *See* ECF No. 4, at 3-4 & n.2. While I express no opinion as to the ultimate calculation of the limitation period, it is understandable that counsel has sought to preserve all then-known claims by one possible expiration date. The atypically roughhewn and provisional nature of the pleading further is understandable given the short timeframe involved, appearing to reflect an inquiry reasonable

under such circumstances. I express no opinion whether any of the amended pleadings will relate back to an earlier filing.

IT IS THEREFORE ORDERED that petitioner Davon Lyons's motion for leave to file a second amended petition **(ECF No. 8.) is GRANTED.** Lyons shall have 120 days from entry of this order within which to file a second amended petition.

Dated: June 13, 2019.

                                                  _____
                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE