# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN BRIAN WILLIAMS, et al,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00966-APG-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 16), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is **GRANTED**. Petitioner will have up to and including January 9, 2020, to file a second amended petition for a writ of habeas corpus.

DATED: October 9, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　United States District Judge