# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Davon Lyons, | Case No.: 2:19-cv-00966-APG-NJK |
| Petitioner. | **Order Granting Extension Of Time** |
| v. | [ECF No. 18] |
| Warden Brian Williams, et al., | |
| Respondents. | |

Petitioner Davon Lyons' unopposed motion for extension of time (second request) **(ECF No. 18) is GRANTED**. Lyons will have up to and including April 8, 2020 to file a second amended petition for a writ of habeas corpus.

DATED this 8th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE