Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Emma L. Smith
Assistant Federal Public Defender
Illinois State Bar No. 6317192
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Emma_Smith@fd.org

*Attorney for Petitioner Davon Lyons

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Davon Lyons,<br><br>        Petitioner,<br><br>    v.<br><br>Warden Brian Williams, et al.,<br><br>        Respondents. | Case No. 2:19-cv-00966-APG-NJK<br><br>**Unopposed motion for extension of time to file second amended petition for writ of habeas corpus**<br><br>**(Third Request)**<br><br>**ORDER** |

Petitioner Davon Lyons respectfully moves this Court for the entry of an order extending the time within which he must file a second amended petition for writ of habeas corpus by 61 days from April 8, 2020, up to and including Monday, June 8, 2020. Respondents, by Deputy Attorney General Jaimie Stilz, do not object to this request, though their non-objection does not constitute a waiver of any procedural defenses Respondents may wish to raise in response to the amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion.

This is Mr. Lyons's third request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Mr. Lyons.

The Federal Public Defender was appointed to represent Mr. Lyons on June 11, 2019. (ECF No. 4.) On that same day, the Federal Public Defender filed an amended petition. (ECF No. 6.) This Court thereafter granted Mr. Lyons's request to file a second amended petition. (ECF No. 11.) Undersigned counsel filed her notice of appearance on September 27, 2019. (ECF No. 14.)

Undersigned counsel has been working on Mr. Lyons's case in an effort to comply with the Court's deadline. However, counsel respectfully submits that additional time is necessary to properly prepare the second amended petition. In addition to the time spent on Mr. Lyons's case, counsel's responsibilities in other cases contribute to the need for an extension of time. Since beginning work at the Federal Public Defender for the District of Nevada in September, counsel has been learning the twenty cases for which she has entered an appearance. She has been working diligently to meet both past and upcoming deadlines for other clients. This includes a reply in support of a habeas petition, an opposition to a motion to dismiss, and upcoming deadlines including an opening brief in the Ninth Circuit, another amended habeas petition, a reply in support of a habeas petition, and an opposition to a motion

to dismiss.

The current pandemic supports and furthers the need for an extension. The Federal Public Defender's Office is working remotely, and undersigned counsel has been doing so since March 16, 2020. Working remotely has introduced new logistical challenges, including technological difficulties. It has also delayed the collection of records and impeded the ability to access paper files. Other courts have recognized the impact of COVID-19 on normal court proceedings. The Ninth Circuit, for example, has recognized the current pandemic "has disrupted services of all kinds" and is a valid basis for extending deadlines. United States Court of Appeals for the Ninth Circuit, *COVID-19 Notice* (as of Mar. 26, 2020), http://cdn.ca9.uscourts.gov/datastore/general/2020/03/16/COVID-19%20Notice.pdf. So too has the Supreme Court, which extended the deadline for all petitions for certiorari. Supreme Court of the United States, *Order* (Mar. 19, 2020), https://www.supremecourt.gov/orders/courtorders/031920zr_d1o3.pdf.

For these reasons, counsel asks this Court to grant Mr. Lyons's request to extend the time for filing a second amended petition by 61 days until June 8, 2020.

Dated April 6, 2020.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Emma L. Smith*
Emma L. Smith
Assistant Federal Public Defender

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 6, 2020.

3

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____