UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>    Respondents | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion to Extend Time**<br><br>[ECF No. 25] |

I ORDER that the respondents' unopposed motion to extend time file a response to the second amended petition for writ of habeas corpus **(ECF No. 25) is GRANTED**.

DATED this 10th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE