UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>   Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>   Respondents. | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 27] |

   Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 27), asking for additional time to file a response to the second amended petition. I find good cause exists to grant the motion.

   IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 27) is **GRANTED**. Respondents will have up to and including November 9, 2020, to file a response to the second amended petition.

   DATED October 13, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE