**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVON LYONS,<br><br>　　Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　Respondents. | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 29] |

　　Respondents have filed an unopposed motion for enlargement of time (third request) (ECF No. 29), asking for additional time to file a response to the second amended petition. I find good cause exists to grant the motion.

　　IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 29) is **GRANTED**. Respondents will have up to and including December 9, 2020, to file a response to the second amended petition.

　　DATED: November 12, 2020

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE