**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVON LYONS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 31] |

    Respondents have filed an unopposed motion for enlargement of time (fourth request) (ECF No. 31), asking for additional time to file a response to the second amended petition. I find good cause exists to grant the motion.

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 31) is **GRANTED**. Respondents will have up to and including January 8, 2021, to file a response to the second amended petition.

    DATED: December 10, 2020

                                                    ANDREW P. GORDON<br>
                                                    UNITED STATES DISTRICT JUDGE