# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>　　　Petitioner<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　Respondents | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion to Extend Time**<br><br>[ECF No. 35] |

I ORDER that the respondents' unopposed motion to extend the deadline to file a response to the second amended petition for writ of habeas corpus **(ECF No. 35) is GRANTED**.

DATED this 1st day of February, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE