Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Emma L. Smith
Assistant Federal Public Defender
Illinois State Bar No. 6317192
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Emma_Smith@fd.org

*Attorney for Petitioner Davon Lyons

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Davon Lyons,<br><br>   Petitioner,<br><br>  v.<br><br>Warden Brian Williams, et al.,<br><br>   Respondents. | Case No. 2:19-cv-00966-APG-NJK<br><br>**Unopposed motion for extension of time to file opposition to motion to dismiss**<br><br>**(Second Request)** |

The Federal Public Defender was appointed to represent Mr. Lyons on June 11, 2019. (ECF No. 4.) On that same day, the Federal Public Defender filed an amended petition. (ECF No. 6.) This Court thereafter granted Mr. Lyons's request to file a second amended petition. (ECF No. 11.) The Second Amended Petition was filed on June 8, 2020. (ECF No. 22.) Respondents filed a Motion to Dismiss on February 2, 2021. (ECF No. 37.)

Petitioner's Response in Opposition to the Motion to Dismiss is currently due April 19, 2021. Mr. Lyons now requests an additional 62 days, up to and including Monday, June 21, 2021, to file the Opposition. This is the second request for an extension of time. Respondents, by Deputy Attorney General Jaimie Stilz, do not object to this request, though their non-objection does not constitute a waiver of any procedural defenses Respondents raised in response to the Second Amended Petition.

The additional period of time is necessary in order to effectively represent Mr. Lyons. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

Counsel respectfully suggests additional time remains necessary to properly prepare the Opposition. Undersigned counsel returned from maternity leave on March 15, 2021. Since her return, counsel has been diligently working on getting up to speed on her cases, including Mr. Lyons's. In addition to work on Mr. Lyons's case, in the next few weeks, counsel has deadlines for two reply briefs in the Ninth Circuit, an amended habeas petition, and an opening brief in the Nevada Supreme Court.

Petitioner respectfully requests this Court grant the request for an extension of time of 62 days and order the Response in Opposition to the Motion to Dismiss be filed on or before June 21, 2021.

Dated April 19, 2021.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ Emma L. Smith*
        Emma L. Smith
        Assistant Federal Public Defender


        IT IS SO ORDERED:

        _____
        United States District Judge

        Dated:  April 19, 2021
        2:19-cv-00966-APG-NJK