AARON D. FORD
  Attorney General
Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101-1068
(702) 486-3130 (phone)
(702) 486-2377 (fax)
JStilz@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVON LYONS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>    Respondent(s). | Case No. 2:19-cv-00966-APG-NJK<br><br>ORDER GRANTING<br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 37)**<br><br>**(FIRST REQUEST)** |

  Respondents move this Court for an enlargement of time of 30 days from the current due date of June 28, 2021, up to and including July 28, 2021, in which to file their Reply in Support of the Motion to Dismiss (ECF No. 37). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

  This is the first enlargement of time sought by Respondents, and the request is brought in good faith and not for the purpose of delay.

  DATED: June 28, 2021.

Submitted by:

AARON D. FORD
Attorney General

By: ___/s/ *Jaimie Stilz*_____
  Jaimie Stilz (Bar No. 13772)
  Deputy Attorney General

IT IS SO ORDERED:

Dated:__June 29, 2021_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE