UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 52] |

　　Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 52), asking for additional time to file a reply in support of the motion to dismiss (ECF No. 37). I find good cause exists to grant the motion.

　　IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 52) is **GRANTED**. Respondents will have up to and including August 11, 2021, to file a reply in support of the motion to dismiss.

　　DATED: August 11, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE