**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVON LYONS,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:19-cv-00966-APG-NJK

**Order Granting Unopposed Motion for Enlargement of Time**

[ECF No. 58]

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 56),[1] asking for additional time to file an answer to the second amended petition (ECF No. 22). I find good cause exists to grant the motion.

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 56) is **GRANTED**. Respondents will have up to and including January 3, 2022, to file an answer to the second amended petition.

DATED: December 2, 2021

                              ANDREW P. GORDON
                              UNITED STATES DISTRICT JUDGE

---

[1] The corrected document is at ECF No. 58.