# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVON LYONS,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:19-cv-00966-APG-NJK

**Order Granting Unopposed Motion for Enlargement of Time**

[ECF No. 60]

    Respondents have filed an unopposed motion for enlargement of time (second request), asking for additional time to file an answer to the second amended petition.[1]  I find good cause exists to grant the motion.

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 60) is **GRANTED**.  Respondents will have up to and including February 2, 2022, to file an answer to the second amended petition.

    DATED: January 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 60.