# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No.: 2:19-cv-00966-APG-NJK<br><br>**Order Granting Unopposed Motion for Enlargement of Time**<br><br>[ECF No. 62] |

Respondents have filed an unopposed motion for enlargement of time (third request), asking for additional time to file an answer to the second amended petition.[1]  I find good cause exists to grant the motion.

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (third request) (ECF No. 62) is **GRANTED**.  Respondents will have up to and including February 16, 2022, to file an answer to the second amended petition.

DATED: February 4, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 62.