**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVON LYONS,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:19-cv-00966-APG-NJK

**Order Granting Motions for Enlargement of Time**

[ECF No. 64, 65]

    Respondents have filed an motions for enlargement of time (fourth and fifth requests), asking for additional time to file an answer to the second amended petition.[1]  I find good cause exists to grant the motion.

    IT IS THEREFORE ORDERED that respondents' motions for enlargement of time (fourth and fifth requests) (ECF No. 64, 65) are **GRANTED**.  Respondents will have up to and including February 25, 2022, to file an answer to the second amended petition.

    DATED: February 25, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 64, 65.