UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVON LYONS,

    Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:19-cv-00966-APG-NJK

**Order Granting Motions for Enlargement of Time**

[ECF No. 66, 69]

Respondents have filed a motion for enlargement of time (sixth request), asking for additional time to file an answer to the second amended petition.[1]  I find good cause exists to grant the motion, and respondents already have filed their answer.[2]

Petitioner has filed an unopposed motion for extension of time to file reply in support of second amended petition for writ of habeas corpus (first request).[3]  I find good cause exists to grant this motion.

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (sixth request) (ECF No. 66) is **GRANTED**.

///

///

///

///

///

---

[1] ECF No. 66.

[2] ECF No. 68.

[3] ECF No. 69.

IT FURTHER IS ORDERED that petitioner's unopposed motion for extension of time to file reply in support of second amended petition for writ of habeas corpus (first request) (ECF No. 69) is **GRANTED**.  Petitioner will have up to and including May 31, 2022, to file a reply in support of his second amended petition.

DATED: April 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE