# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS,<br><br>            Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>            Respondents. | Case No. 2:19-cv-00966-APG-NJK<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 72] |

The petitioner has filed an unopposed motion for extension of time, asking for additional time to file a reply in support of the second amended petition for writ of habeas corpus (second request). ECF No. 72.  I find good cause exists to grant the motion.

I THEREFORE ORDER that the petitioner's unopposed motion for extension of time **(ECF No. 72) is GRANTED**.  The petitioner will have up to and including August 29, 2022, to file a reply in support of his second amended petition.

Dated: May 27, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE