# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVON LYONS, | Case No. 2:19-cv-00966-APG-NJK |
| Petitioner, | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 74] |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

The petitioner has filed an unopposed motion for extension of time, asking for additional time to file a reply in support of the second amended petition for writ of habeas corpus (third request). ECF No. 74. I find good cause exists to grant the motion.

I THEREFORE ORDER that the petitioner's unopposed motion for extension of time **(ECF No. 74) is GRANTED**. The petitioner will have up to and including September 6, 2022, to file a reply in support of his second amended petition.

Dated: August 25, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE