# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVON LYONS,

                              Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

                              Respondents.

Case No. 2:19-cv-00966-APG-NJK

**Order Granting Motion for Leave
to File Exhibit Under Seal**

[ECF No. 79]

 

Before the Court is the Petitioner's motion for leave to file document under seal. ECF No. 79.  The Petitioner seek leave to file one document under seal: his Presentence Investigation Report ("PSI"), dated December 30, 2014. ECF No. 78.  Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5).  Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect the Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

I THEREFORE ORDER that the motion to seal **(ECF No. 79) is granted**.  Exhibit 24 (ECF No. 78) is considered properly filed under seal.

Dated: September 15, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE